IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03173-SKC

MICHAEL WAYNICK,

 Plaintiff,

 v.

SRC ENERGY INC., LYNN A. PETERSON, RAYMOND E. MCELHANEY, JACK AYDIN, DANIEL E. KELLY, PAUL KORUS, and JENNIFER S. ZUCKER,

 Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Waynick hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: January 20, 2020     Respectfully submitted,

              **HALPER SADEH LLP**

              /s/ Daniel Sadeh
              Daniel Sadeh, Esq.
              375 Park Avenue, Suite 2607
              New York, NY 10152
              Telephone: (212) 763-0060
              Facsimile: (646) 776-2600
              Email: sadeh@halpersadeh.com

              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on January 20, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 20, 2020                              /s/ Daniel Sadeh
                                                                Daniel Sadeh